*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided December 8, 2003

## NANCY BURTON *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 364 (AC 23132), is denied.

*Nancy Burton,* pro se, in support of the petition.

*Michael P. Bowler,* assistant bar counsel, in opposition.

Decided December 8, 2003

## DEY, SMITH AND COLLIER, LLC *v.* ANITA F. STEENSON

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 831 (AC 23732), is denied.

*Barbara M. Schellenberg* and *Vincent M. Marino,* in support of the petition.

*John-Henry M. Steele,* in opposition.

Decided December 8, 2003

## STATE OF CONNECTICUT *v.* DAVID PALMER

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 70 (AC 22712), is denied.